COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-251-CV

DANI J. HUGHES APPELLANT

V.

ADVANCE PROCESSING SYSTEMS, APPELLEE

INC. D/B/A SNELLING PERSONNEL

SERVICES

------------

FROM THE 96
TH
 
DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Interlocutory  Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: October 28, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.